J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

E-FILING

ADR

Filed
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Debra Taveira and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No. C08 02436 PJH<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May ⟨, 2008

J. Andrew Coombs, A Professional Corp.

By: _/s/ Nicole L. Drey_
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Taveira: Notice of Interested Parties   - 1 -