J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Debra Taveira and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 8, 2008　　　　　　　　J. Andrew Coombs, A Professional Corp.

　　　　　　　　　　　　　　　　　　By: /s/ Nicole L. Drey
　　　　　　　　　　　　　　　　　　　　J. Andrew Coombs
　　　　　　　　　　　　　　　　　　　　Nicole L. Drey
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Taveira: Declination to Proceed Before Magistrate　　　- 1 -