J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-2436 PJH |
| ) | |
| Plaintiff, ) | REQUEST TO CONTINUE CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| Debra Taveira, Juan Royal, and Does 2 through ) | |
| 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on August 21, 2008, at 2:30 p.m.;

WHEREAS Plaintiff filed its First Amended Complaint on or about July 1, 2008;

WHEREAS Plaintiff and Defendant Debra Taveira ("Taveira") have reached a settlement on the claims alleged in the Complaint;

WHEREAS Plaintiff and Taveira will be filing settlement documents within the next month;

WHEREAS Defendant Juan Royal ("Royal") has not yet been served;

WHEREAS Plaintiff is to serve Royal, pursuant to F.R.C.P. 4(m), no later than October 29, 2008;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until November 20, 2008, or a date thereafter acceptable to the Court.

Dated: August 4, 2008         J. Andrew Coombs, A Professional Corp.

By: ___/s/ Nicole L. Drey___
    J. Andrew Coombs
    Nicole L. Drey
    Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

   I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

   On August 5, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Debra Taveira, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Debra Taveira<br>128 W. End Ave.<br>Hopatcong, NJ 07843 | Juan Royal<br>210 East 118th St., Apr. 104<br>New York, NY 10035 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 5, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　Plaintiff,<br>　v.<br><br>Debra Taveira, Juan Royal and Does 2 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C08-2436 PJH<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

　　　　On or about May 12, 2008, the Court set a Case Management Conference on August 21, 2008 at 2:30 p.m.

　　　　Plaintiff Adobe Systems Incorporated ("Plaintiff") thereafter filed its request to continue the Case Management Conference to allow sufficient time to exchange and file settlement documents with Defendant Debra Taveira ("Taveira") as well as to allow sufficient time to serve Defendant Juan Royal ("Royal") and allow him to respond to the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

Adobe v. Taveira, et al.: Proposed Order                                 - 1 -

1  |   In light of the request, the Case Management Conference currently on calendar for August
2  |  21, 2008 at 2:30 p.m., is continued until _____, at _____.
3
4  |  IT IS SO ORDERED:
5
6  |  Dated:                                                    _____
                                                                Hon. Phyllis J. Hamilton
7  |                                                            United States District Judge, Northern District of
                                                                California
8
   |  PRESENTED BY:
9
   |  J. Andrew Coombs, A Professional Corp.
10
11 |  By: _____/s/ Nicole L. Drey_____
           J. Andrew Coombs
12 |       Nicole L. Drey
   |  Attorneys for Plaintiff Adobe Systems Incorporated
13

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 5, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Debra Taveira, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Debra Taveira<br>128 W. End Ave.<br>Hopatcong, NJ 07843 | Juan Royal<br>210 East 118th St., Apr. 104<br>New York, NY 10035 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 5, 2008, at Glendale, California

_____
Katrina Bartolome