J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-2436 PJH |
|---|---|---|
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| Debra Taveira, Juan Royal and Does 2 through 10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

    On or about May 12, 2008, the Court set a Case Management Conference on August 21, 2008 at 2:30 p.m.

    Plaintiff Adobe Systems Incorporated ("Plaintiff") thereafter filed its request to continue the Case Management Conference to allow sufficient time to exchange and file settlement documents with Defendant Debra Taveira ("Taveira") as well as to allow sufficient time to serve Defendant Juan Royal ("Royal") and allow him to respond to the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

In light of the request, the Case Management Conference currently on calendar for August 21, 2008 at 2:30 p.m., is continued until  November 20, 2008 , at  2:30 p.m. .

IT IS SO ORDERED:

Dated: 8/11/08

_____
Hon. Phyllis J. Hamilton
United States District Court, Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

      On August 5, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Debra Taveira, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Debra Taveira<br>128 W. End Ave.<br>Hopatcong, NJ 07843 | Juan Royal<br>210 East 118th St., Apr. 104<br>New York, NY 10035 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 5, 2008, at Glendale, California

_____
Katrina Bartolome