UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., | No. C 08-2436 PJH |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| DEBRA TAVEIRA and JUAN ROYAL, | |
| Defendants. | |

    The court has reviewed the Magistrate Judge's Report and Recommendation Re: plaintiff's Motion For Default Judgment. No objections to the Report were filed. The court finds the Report correct, well reasoned and thorough, and adopts it in every respect. Plaintiff's motion is therefore GRANTED. Default judgment is entered in the sum of $250,000.00 in favor of plaintiff and against defendant Juan Royal on plaintiff's claim for trademark infringement, together with post-judgment interest at the rate provided by 28 U.S.C. § 1961(a). A permanent injunction, as set forth in the Report, is also entered.

    **IT IS SO ORDERED.**

Dated: February 27, 2009

                                                           _____
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge