UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., | No. C 08-2436 PJH |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEBRA TAVEIRA and JUAN ROYAL, | |
| Defendants. | |

The court having granted plaintiff's Motion for Default Judgment,

it is Ordered and Adjudged

that judgment be entered in the sum of $250,000.00 in favor of plaintiff and against defendant, together with post-judgment interest, that a permanent injunction be entered, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: February 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge